Nicholas Stevens (nstevens@starrgern.com)
STARR, GERN, DAVISON & RUBIN, P.C.
105 Eisenhower Parkway
Roseland, NJ 07068-1640
Tel:   973.403.9200
Fax:   973.364.1403
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| STARR, GERN, DAVISON & RUBIN, P.C., <br><br>Plaintiff,<br><br>v.<br><br>CARNEGIE LINEN SERVICES, INC. d/b/a CARNEGIE VALET AND LINEN SERVICES, INC. and CARNEGIE VALET CLEANING CORP. d/b/a CARNEGIE VALET AND LINEN SERVICES, INC.,<br><br>Defendants. | Civil Action No. 15-cv-07639 (MCA)(LDW)<br><br><br>**NOTICE OF APPEARANCE**<br><br><br>*Document Filed Electronically* |

Please enter the appearance of Nicholas Stevens, Esq. on behalf of Plaintiff.

Dated: Roseland, New Jersey
       October 22, 2015

/s/ Nicholas Stevens
Nicholas Stevens
nstevens@starrgern.com

STARR, GERN, DAVISON & RUBIN, P.C.
105 Eisenhower Parkway, Suite 401
Roseland, New Jersey 07068
(p):   (973) 403-9200
(f):   (973) 226-0031

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 22, 2015, the within Notice of Appearance was served through the Court's electronic filing system upon all counsel of record.

Dated: October 22, 2015

/s/   Nicholas Stevens
      Nicholas Stevens